# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 13, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

138456-8

DERITH SMITH,
        Plaintiff-Appellant,

v

ANONYMOUS JOINT ENTERPRISE,
GEORGE PRESTON, MARY BARROWS,
VILLAGE OF SUTTONS BAY, and
CHARLES STEWART,
        Defendants,
and

DONALD BARROWS, JOHN STANEK, and
NOEL FLOHE,
        Defendants-Appellees.
_____

SC: 138456-8
COA: 275297, 275316, 275463
Leelanau CC: 05-006952-CZ

On order of the Chief Justice, the motion by plaintiff-appellant for extension of the time for filing her brief on appeal is considered and it is GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 13, 2010

_____
Clerk